IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK BRETT,
    Plaintiff,

vs.                                                       CASE NO. 1:08cv107-SPM/AK

ANGELO NIGRO, et al.,
    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 14, 2008 (doc. 4).  Plaintiffs have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.4) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 13th day of June, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge